UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No. 2:18-cr-0036 JRS -CMM |
| MICHAEL GREEN, | ) ) | -02 |
| Defendant. | ) ) | |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 2 | 18 U.S.C. § 1791(a)(2) and (b)(1) Obtaining Contraband in Prison (Buprenorphine) | 20 | $250,000 | 3 years |

Dated: _____        _____
                                MICHAEL GREEN
                                Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana